IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

RELLEN HOUSTON, PRO SE

    Plaintiff,

CASE NO: 3:09-CV-00901 TEM

v.

SCHOOL BOARD OF BRADFORD

COUNTY

    Defendant.

PLAINTIFF'S RELLEN HOUSTON CLARK MOTION TO

SET ASIDE MEDIATION AGREEMENT

COME NOW THE PLAINTIFF, RELLEN HOUSTON CLARK and request the mediation agreement be set aside and state the following:

1. On May 3, 2010 @10:00 A.M. Mediation hearing was held at the Bradford County Public Library in Starke, Florida.

2. The Defendant's representative were Lawyers Lisa Augspurger, and co-attorney, Representative from the School Board of Bradford County, Mr. Whystell, and Representative from the North Florida Consortium were present at the meeting.

3. The Plaintiff was present along with Mr. Willie Houston.
4. The Mediator was present Mr. Sacks.
5. The plaintiff signed an agreement presented by the mediator. (Copy herewith Attached). The plaintiff was pressured, threaten and coerce in signing the agreement.
6. The plaintiff informed mediator that she decided not to go along with agreement At the time of the mediation hearing.

7. Mediator informed plaintiff that agreement was signed and there was Nothing plaintiff could do but file a motion with the courts..

WHEREFORE THE PLAINTIFF RELLEN HOUSTON CLARK, requests that the mediation agreement be set aside because plaintiff was pressured, threaten and coerce in signing the agreement.and informed mediator at the meeting of the decision not to agree with the agreement.

*Rellen H. Clark*

P. O. Box 177

Lawtey, Florida 32058

(904) 769-6321

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy was served by regular U.S. Mail First Class service this 5th day of May 2010 to Lisa Augspurger, 411 E. Jackson Street, Orlando, Fl. 32801.

*Rellen H. Clark*