**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RELLEN HOUSTON CLARK,

        Plaintiff,

vs.                                                Case No.  3:09-cv-901-J-34TEM

SCHOOL BOARD OF BRADFORD
COUNTY, FLORIDA,

        Defendant.

_____/

**ORDER**[1]

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 53; Report), entered by the Honorable Thomas E. Morris, United States Magistrate Judge, on October 13, 2010.  In the Report, Magistrate Judge Morris recommends that Defendant's Motion to Enforce Settlement Agreement (Dkt. No. 38) be granted, and that Plaintiff's Motion to Set Aside Mediation Agreement (Dkt. No. 36) be denied.  No objections to the Report have been filed,  and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).  However, the district court must review the legal conclusions in the report de novo.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No.

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically.  However, it has been entered only to decide the issues addressed herein and is not intended for official publication or to serve as precedent.

2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007); see also 28 U.S.C. § 636(b)(1).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 53) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Enforce Settlement Agreement (Dkt. No. 38) is **GRANTED**.

3. Plaintiff's Motion to Set Aside Mediation Agreement (Dkt. No. 36) is **DENIED**.

4. Defendant shall contact Plaintiff and arrange to meet in person no later than **November 24, 2010**.  At that time, Plaintiff shall execute a complete release of all claims in this action, which Defendant shall provide.

5. Upon receipt of the executed release, Defendant shall furnish Plaintiff with the monetary sum noted in the mediation settlement agreement.

6. Upon payment of the monetary sum to Plaintiff, Defendant shall notify the Court that the settlement has been completed.

7.     The Clerk of the Court is directed to remove the Mediated Settlement Agreement attached to Plaintiff's Motion to Set Aside Mediation Agreement (Dkt. No. 36, pp. 3-4) from the public record of this case and file it under seal.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of November, 2010.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja
Copies to:
Counsel of Record
Pro Se Plaintiff